IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 21-cv-01164-CMA-NRN

THE UNITED STATES OF AMERICA, *ex rel.*, and
TIMOTHY SANDERS,

    Plaintiffs,

v.

UNIVERSITY OF COLORADO HEALTH,
UNIVERSITY OF COLORADO HOSPITAL AUTHORITY,
UCH-MHS, and
DANIEL C. REIBER,

    Defendants.

## ORDER OF RECUSAL

Section 455(a) of Title 28 of the United States Code states that "Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." A trial judge must recuse herself when there is an appearance of bias, regardless of whether there is actual bias. Nichols v. Alley, 71 F.3d 347, 350 (10th Cir.1995). The test is whether a reasonable person, knowing all the relevant facts, would harbor doubts about the judge's impartiality. Hinman v. Rogers, 831 F.2d 937, 939 (10th Cir.1987).

Upon review of the file of this case, I conclude that I must recuse myself from further service in this case because of my prior professional relationship with the University of Colorado. It is, therefore,

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

DATED: July 14, 2021

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge